ORIGINAL

EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

BEVERLY WEE SAMESHIMA  2556
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850-6100
Telephone: (808) 541-2850
Fax: (808) 541-2958
E-mail: beverly.sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUN 13 2007
at ___ o'clock and ___ min ___
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00215 DAE BMK |
| | ) | |
| Plaintiff, | ) | RELEASE OF NOTICE OF PENDENCY |
| | ) | OF ACTION; EXHIBIT "A" |
| vs. | ) | |
| | ) | |
| GABRIEL L. AIO, (01) | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

RELEASE OF NOTICE OF PENDENCY OF ACTION

The United States of America hereby releases the Notice of Pendency of Action filed herein on October 19, 2000, and recorded in the Bureau of Conveyances, State of Hawaii, on October 19, 2000, as Document No. 2000-147757, with respect to

the property described in Exhibit "A" attached hereto and made a part hereof.

DATED: Honolulu, Hawaii, June 13, 2007.

                            EDWARD H. KUBO, JR.
                            United States Attorney
                            District of Hawaii

                            By _____
                            BEVERLY WEE SAMESHIMA
                            Assistant U.S. Attorney

                            Attorneys for Plaintiff
                            UNITED STATES OF AMERICA

EXHIBIT "A"

The land referred to in this Commitment is situated in the State of Hawaii, City and County of Honolulu, and is described as follows:

All of that certain parcel of land (portion of Royal Patent 5597, Land Commission Award 70, Apana 1 to Waiaha), situate at Honolulu, Island of Oahu, State of Hawaii, being Parcel D-A-7, more particularly described as follows:

Beginning at the South corner of this parcel of land, being also the North corner of Maunakea Street and Pauahi Street, the coordinates of said point of beginning referred to Government Survey Triangulation Station "PUNCHBOWL" being 218.54 feet North and 4,411.54 feet West, as shown on Division of Land Survey and Acquisition Parcel Map File No. 17-10-6-18 and running by azimuths measured clockwise from true South:

| | | | | |
|---|---|---|---|---|
| 1. | 147° 38' | 74.01 | feet | along the Northeast side of Pauahi Street; |
| 2. | 241° 50' | 33.65 | feet | along remainder of R. P. 5597, L. C. Aw. 70, Ap. 1 to Waiaha; |
| 3. | 327° 44' | 11.25 | feet | along same; |
| 4. | 237° 09' | 1.25 | feet | along same; |
| 5. | 327° 09' | 60.02 | feet | along same; |
| 6. | 57° 10' | 35.30 | feet | along the Northwest side of Maunakea Street to the point of beginning and containing an area of 2,527 square feet. |

(continued on next page)

Being all of the land conveyed by:

**TRUSTEE'S LIMITED WARRANTY DEED**

| | |
|---|---|
| Grantor: | Darrell Kloninger and Carol Apiki, as Trustees of the Advertising Works, Inc. Money Purchase Pension Plan and Profit Sharing Plan under that certain unrecorded Amended Trust Agreement dated May 5, 1989, with full powers under said trust agreement to sell, convey, exchange, lease, mortgage or otherwise deal with and dispose of real property and interest therein |
| Grantee: | Darrell Kloninger and Carol Apiki, as Trustees of the Advertising Works, Inc. Retirement Savings Plan (002) under that certain unrecorded Amended Trust Agreement dated February 18, 1992, with full powers under said trust agreement to sell, convey, exchange, lease, mortgage or otherwise deal with and dispose of real property and interest therein |
| Dated: | June 5, 1992 |
| Document No. | 92-097334 |
| Re: | as to an undivided one-half (1/2) interest |

**TRUSTEE'S LIMITED WARRANTY DEED**

| | |
|---|---|
| Grantor: | Darrell Kloninger and Carol Apiki, as Trustees of the Advertising Works, Inc. Money Purchase Pension Plan and Profit Sharing Plan under that certain unrecorded Amended Trust Agreement dated May 5, 1989 |
| Grantee: | Darrell Kloninger and Carol Apiki, as Trustees of the Advertising Works, Inc. Retirement Savings Plan (002) under that certain unrecorded Amended Trust Agreement dated February 18, 1992, with full powers under said trust agreement to sell, convey, exchange, lease, mortgage or otherwise deal with and dispose of real property and interest therein |
| Dated: | December 6, 1994 |
| Document No. | 94-199992 |